IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PRAETORIAN INSURANCE COMPANY, a Pennsylvania company, | ) ) ) | CIVIL NO. 18-00373 JMS-KJM |
| | ) | ORDER ADOPTING |
| Plaintiff, | ) ) | MAGISTRATE JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATION |
| vs. | ) ) | |
| THE ESTATE OF JOSHUA K. APO and KIHEI RENT A CAR, INC. dba KIHEI RENT A CAR, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 6, 2019 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the PROPOSED

FINDINGS AND RECOMMENDATION GRANTING PLAINTIFF

PRAETORIAN INSURANCE COMPANY'S MOTION FOR DEFAULT

JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

AGAINST DEFENDANT THE ESTATE OF JOSHUA K. APO are adopted as the

opinion and order of this Court.

      IT IS SO ORDERED.

      DATED:  Honolulu, Hawaii, September 24, 2019.



                    /s/ J. Michael Seabright
                    J. Michael Seabright
                    Chief United States District Judge

*Praetorian Ins. Co. v. Estate of Joshua K. Apo, et al.*, Civ. No. 18-00373 JMS-KJM, Order
Adopting Magistrate Judge's Findings and Recommendation