Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

WESLEY H. H. CHING        2896
SHEREE KON-HERRERA        6927
841 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585

Attorneys for Plaintiff
PRAETORIAN INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, | ) ) ) | CIVIL NO. CV 18-00373 JMS-KJM (Declaratory Judgment) |
| Plaintiff, | ) ) ) | STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS AND |
| vs. | ) ) | PARTIES |
| THE ESTATE OF JOSHUA K. APO and KIHEI RENT A CAR, INC. dba KIHEI RENT A CAR, | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS AND PARTIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure and Local Rule 41.1, Rules of the United States District Court of the

District of Hawaii, it is hereby stipulated by and between Plaintiff PRAETORIAN

INSURANCE COMPANY and Defendant KIHEI RENT A CAR, INC. dba KIHEI RENT A CAR, through their undersigned counsel, that any and all remaining claims between the parties in this case are hereby dismissed without prejudice. Each party shall bear their own costs and attorney's fees. All appearing parties have signed this Stipulation for Dismissal of All Remaining Claims and Parties. The only other party to this lawsuit, Defendant THE ESTATE OF JOSHUA K. APO, was subject to Default Judgment [ECF No. 35], filed on September 24, 2019.

DATED:  Honolulu, Hawaii, September 30, 2019.

/s/ Sheree Kon-Herrera
WESLEY H.H. CHING
SHEREE KON-HERRERA
Attorneys for Plaintiff PRAETORIAN
INSURANCE COMPANY

/s/ Ward D. Jones
WARD D. JONES
Attorney for Defendant KIHEI RENT A CAR,
INC. dba KIHEI RENT A CAR

APPROVED AND SO ORDERED:
DATED:  Honolulu, Hawaii, Oct. 1, 2019



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

*Praetorian Insurance Company v. The Estate of Joshua K. Apo, Kihei Rent A Car, Inc. dba Kihei Rent A Car*, Civil No. CV 18-00373 JMS-KJM; STIPULATION FOR DISMISSAL OF ALL REMAINING CLAIMS AND PARTIES